UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T COMMUNICATIONS OF CALIFORNIA, INC., et al., <br><br>Plaintiffs, <br><br>v. <br><br>PAC-WEST TELECOMM, INC., et al., <br><br>Defendants. | Case No. C 06-07271 JSW <br><br>Assigned to: Jeffrey S. White <br><br>[PROPOSED] ORDER AUTHORIZING AT&T TO MAKE FRCP 67 PAYMENT TO THE CLERK OF THE COURT |

**[PROPOSED] ORDER**

On April 13, 2007 the Court granted the Federal Rule of Civil Procedure 67 Motion of AT&T Communications, et. al., ("AT&T") *inter alia*, to deposit funds due to defendant Pac-West Telecomm with the Court in an interest bearing account. AT&T has advised the Court that its next payment due to Pac-West is in the amount of $29,081.81 of which $511.24 is an interest payment. AT&T requests permission to submit this amount to the Clerk of the Court.

**IT IS HEREBY ORDERED** that AT&T shall deposit the amount of $29,081.81 with the Clerk of this Court no later than April 30, 2007.

April 20, 2007
Date

Honorable Jeffrey S. White
Judge of the United States District Court,
Northern District of California