**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T COMMUNICATIONS OF CALIFORNIA, et al.

    Plaintiffs,

v.

PAC-WEST TELECOMM, INC., et al.

    Defendants.

_____/

No. C 06-07271 JSW

**ORDER REQUESTING RESPONSE FROM PAC-WEST TELECOMM, INC. RE AT&T'S REQUEST FOR ADDITIONAL INSTRUCTION AND COURT ORDER**

The Court has received AT&T's Request for Additional Instruction and Court Order to Implement FRCP 67 Order Issued on April 13, 2007. The Court HEREBY ORDERS Pac-West Telecomm, Inc. to submit a response regarding AT&T's proposal to make periodic payments of $100,000 to the Court, in lieu of submitting monthly orders regarding the specific amounts covered by each Pac-West invoice. Pac-West's response to the Court shall be due by April 25, 2007 at 12:00 p.m. No reply from AT&T shall be permitted, unless ordered by the Court.

**IT IS SO ORDERED.**

Dated: April 20, 2007

                                                       JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE