IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T COMMUNICATIONS OF
CALIFORNIA, et al.

    Plaintiffs,

  v.

PAC-WEST TELECOMM, INC., et al.

    Defendants.

No. C 06-07271 JSW

**ORDER VACATING ORDER REQUESTING RESPONSE FROM PAC-WEST TELECOMM, INC. RE AT&T'S REQUEST FOR ADDITIONAL INSTRUCTION AND COURT ORDER**

    The Court HEREBY VACATES its Order of requiring a response from Pac-West regarding AT&T's proposal to make periodic payments of $100,000 to the Court, in lieu of submitting monthly orders regarding the specific amounts covered by each Pac-West invoice.

    It is FURTHER ORDERED that this Court's Order of April 13, 2007 requires no further clarification, and no further orders of the Court are required to effectuate AT&T's periodic payments to the Court registry.

    **IT IS SO ORDERED.**

Dated: April 20, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE