IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T COMMUNICATIONS, et al.

    Plaintiffs,

v.

PAC-WEST TELECOMM, INC., et al.

    Defendants.

No. C 06-07271 JSW

**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE AND HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

    The Court has received the parties' joint status report, and the Court HEREBY ORDERS that: (1) The stay in this case shall be lifted immediately; (2) The hearing on the parties joint motions for summary judgment shall be set on **Friday, February 22, 2008 at 9:00 a.m.**; (3) Defendants' opposition briefs and cross-motions for summary judgment shall due on **Wednesday January 9, 2008**; (4) Plaintiffs' opposition and reply briefs shall be due on **Wednesday, January 23, 2008**; and (5) Defendants' reply briefs shall be due on **Wednesday, February 6, 2008.** The Court has considered the parties' respective positions in the status report in setting this briefing schedule. If the parties wish to modify this schedule, they must submit a request in writing demonstrating good cause for any such modification.

    **IT IS SO ORDERED.**

Dated: November 9, 2007

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE