1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   AT&T COMMUNICATIONS OF
    CALIFORNIA, INC., et al.
10                                              No. C 06-07271 JSW
              Plaintiffs,
11                                              **ORDER GRANTING IN PART**
       v.                                       **MOTION FOR ORDER**
12                                              **SHORTENING TIME**
    PAC-WEST TELECOMM, INC., et al.
13
              Defendants.
14
    _____/
15

16          The Court has received and considered Plaintiffs' motion for an order to shorten time to

17   hear its motion to stay execution of judgment pending appeal.  The Court finds good cause to

18   grant the motion, in part.  Accordingly, Defendants' opposition to the motion shall be due by no

19   later than September 15, 2008.  Plaintiffs' reply shall be due on September 17, 2008.  Unless the

20   Court notifies that the parties that a hearing is necessary, it shall decide the matter on the

21   papers.

22          It is FURTHER ORDERED that execution of the judgment shall be stayed pending

23   resolution of the Plaintiffs' motion.  However, Plaintiffs shall continue to pay monies into the

24   Court registry during that time.

25          **IT IS SO ORDERED.**

26   Dated: September 10, 2008                   _____
                                                 JEFFREY S. WHITE
27                                               UNITED STATES DISTRICT JUDGE

28

**United States District Court**
For the Northern District of California

1    cc: Finance Department

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California