FILED

DEC 03 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AT&T COMMUNICATIONS OF CALIFORNIA, INC.; TELEPORT COMMUNICATIONS GROUP OF SAN FRANCISCO; TELEPORT COMMUNICATIONS GROUP OF LOS ANGELES; TELEPORT COMMUNICATIONS GROUP OF SAN DIEGO,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>PAC-WEST TELECOMM, INC.; MICHAEL R. PEEVEY; GEOFFREY E. BROWN; DIAN M. GRUENEICH; JOHN BOHN; RACHELLE CHONG, Commissioners of the California Public Utility Commission in their official capacity,<br><br>       Defendants - Appellees. | No. 08-17030<br><br>D.C. No. 3:06-cv-07271-JSW Northern District of California, San Francisco<br><br><br>ORDER |

Before: REINHARDT and BERZON, Circuit Judges, and POLLAK, Senior District Judge. [*]

The unopposed motion of the Federal Communications Commission for an extension of time until February 2, 2011 to file a brief as amicus curiae is granted.

---

[*] The Honorable Louis H. Pollak, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.