TOBIN LAW GROUP, P.C.
JAMES M. TOBIN, SBN 63017
jim@tobinlaw.us
WILLIAM C. HARRELSON, SBN 248070
bill@tobinlaw.us
AUGUST O. STOFFERAHN, SBN 229957
august@tobinlaw.us
1100 Mar West Street, Suite D
Tiburon, CA 94920
Telephone: (415) 732-1700
Fax: (415) 704-8919

Attorneys for Defendant
PAC-WEST TELECOMM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T COMMUNICATIONS OF CALIFORNIA, INC.; TELEPORT COMMUNICATIONS OF SAN FRANCISO; TELEPORT COMMUNICATIONS GROUP OF LOS ANGELES; AND THE TELEPORT COMMUNICATIONS GROUP OF SAN DIEGO,<br><br>　　　　Plaintiff,<br>　v.<br>PAC-WEST TELECOMM, INC.; MICHAEL R. PEEVEY, GEOFFREY F. BROWN, DIAN M. GRUENEICH, JOHN BONH, and RACHELLE CHONG, in their official capacities as Commissioners of the Public Utilities Commission of the State of California,<br><br>　　　　Defendants. | Case No. 3:06-cv-07271-JSW<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PAC-WEST TELECOMM, INC.; [PROPOSED] ORDER**<br><br>Honorable Jeffrey S. White |

　　　　PLEASE TAKE NOTICE that Defendant Pac-West Telecomm, Inc. has retained Tobin Law Group, P.C. to substitute as counsel for Bingham, McCutchen, LLP in the above-captioned matter.

1     Withdrawing counsel for Defendant PAC-WEST TELECOMM, INC. is:

                  Tamar E. Finn
                  Binghan, McCutchen, LLP
                  2020 K Street, NW
                  Washington, DC 20006
                  Telephone: (202) 373-6000
                  Facsimile: (202) 373-6001
                  Email: tamar.finn@bingham.com

                  Tanya K. Dumas
                  Binghan, McCutchen, LLP
                  Three Embarcadero Center
                  San Francisco, CA 94111
                  Telephone: (415) 393-2000
                  Facsimile: (415) 393-2286
                  Email: tanya.dumas@bingham.com

    All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Defendant PAC-WEST TELECOMM, INC.:

                  James M. Tobin
                  Tobin Law Group, P.C.
                  1100 Mar West Street, Suite D
                  Tiburon, CA 94920
                  Telephone: (415) 732-1700
                  Facsimile: (415) 704-8919
                  Email: jim@tobinlaw.us

                  William C. Harrelson
                  Tobin Law Group, P.C.
                  1100 Mar West Street, Suite D
                  Tiburon, CA 94920
                  Telephone: (415) 732-1706
                  Facsimile: (415) 704-8919
                  Email: bill@tobinlaw.us

                  August O. Stofferahn
                  Tobin Law Group, P.C.
                  1100 Mar West Street, Suite D
                  Tiburon, CA 94920
                  Telephone: (415) 732-1704
                  Facsimile: (415) 704-8919
                  Email: august@tobinlaw.us

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: July 11, 2001                           PAC-WEST TELECOMM, INC.

By: _____/s/_____
   JAMES FALVEY, Vice President,
   Regulatory Affairs & Senior Counsel

DATED: July 11, 2001                           BINGHAM MCCUTCHEN, LLP

By: _____/s/_____
   TAMAR E. FINN

DATED: July 11, 2001                           TOBIN LAW GROUP, P.C.

By: _____/s/_____
   JAMES M. TOBIN

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: July 11, 2001                           TOBIN LAW GROUP, P.C.

By: _____/s/_____
   JAMES M. TOBIN

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: July 11, 2011

By: ____*Jeffrey S. White*____
JUDGE OF THE UNITED STATES
DISTRICT COURT

*AT&T California, Inc. et al. v. Pac-West Telecomm, Inc. et al.*     3     Case No. 3:06-cv-07271-JSW

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**