Frank R. Lindh, SBN 157986
Helen M. Mickiewicz, SBN 123184
Christopher P. Witteman, SBN 115314
CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue, Rm 5028
San Francisco, CA 94102
Telephone: (415) 355-5524
Facsimile: (415) 703-2262
wit@cpuc.ca.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T COMMUNICATIONS OF CALIFORNIA, INC.; TELEPORT COMMUNICATIONS OF SAN FRANCISO; TELEPORT COMMUNICATIONS GROUP OF LOS ANGELES; AND THE TELEPORT COMMUNICATIONS GROUP OF SAN DIEGO,<br><br>    Plaintiff,<br>v.<br><br>PAC-WEST TELECOMM, INC.; MICHAEL R. PEEVEY, GEOFFREY F. BROWN, DIAN M. GRUENEICH, JOHN BOHN, and RACHELLE CHONG, in their official capacities as Commissioners of the Public Utilities Commission of the State of California,<br><br>    Defendants. | Case No. 3:06-cv-07271-JSW<br><br>**STIPULATION FOR SUBSTITUTION OF PARTIES; [PROPOSED] ORDER**<br><br>Honorable Jeffrey S. White |

Pursuant to FRCP 25(d), the parties stipulate that Commissioners subsequently appointed to the California Public Utilities Commission be substituted in place and stead of individuals who no longer serve in that capacity. In particular, the parties stipulate that: Commissioners TIMOTHY ALAN SIMON, CATHERINE J.K. SANDOVAL, MICHAEL PETER FLORIO, AND MARK J. FERRON be substituted in place and stead of defendants GEOFFREY F. BROWN, DIAN M. GRUENEICH, JOHN BOHN, and RACHELLE CHONG.

|   |   |   |   |
|---|---|---|---|
| | | | Mark Haddad (SBN 205945) |
| | | | Max C. Fischer (SBN 226003) |
| | | | SIDLEY AUSTIN, LLP |
| | | | 555 West Fifth Street, Suite 4000 |
| | | | Los Angeles, CA 90013-1010 |
| | | | Telephone: (213) 896-6000 |
| | | | Facsimile: (213) 896-6600 |

*Attorneys for Plaintiffs*
Plaintiffs AT&T Communications of California, Inc.; Teleport Communications of San Francisco; Teleport Communications Group of Los Angeles; and The Teleport Communications Group Of San Diego

Dated: September 22, 2011          By:     /s/ Max C. Fischer

James M. Tobin (SBN 63017)
August O. Stofferahn (SBN 229957)
TOBIN LAW GROUP, P.C.
1100 Mar West Street, Suite D
Tiburon, CA 94920
Telephone: (415) 732-1700
Facsimile: (415) 704-8919

*Attorneys for Defendants*
Pac-West Telecomm, Inc.

Dated: September 22, 2011          By:     /s/ James M. Tobin

Christopher P. Witteman (SBN 115314)
CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 355-5524
Facsimile: (415) 704-8919

*Attorney for CPUC Defendants*
Michael R. Peevey, Geoffrey F. Brown, Dian M. Grueneich, John Bohn, and Rachelle Chong, in their official capacities as Commissioners of the Public Utilities Commission of the State of California

Dated:     September 22, 2011          By:     /s/ Christopher P. Witteman

1
2
3
**Attestation of Concurrence**

I, Christopher P. Witteman, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  September 22, 2011                    By:     /s/ Christopher P. Witteman

                                              Counsel for CPUC Defendants

**So Ordered**:

September 23, 2011

_____
Hon. Jeffrey S. White, District Judge